■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RODRIGUEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered February 8, 1991, convicting him of attempted criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP SARLO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered January 3, 1991, convicting him of murder in the second degree, upon his plea of guilty and imposing sentence.

. Ordered that the judgment is affirmed.

The court did not err in accepting the defendant's guilty plea without inquiring as to whether he was knowingly and voluntarily waiving certain defenses. A review of the plea minutes fails to indicate that the defendant's factual recitation negated an essential element of the crime or raised any defenses *(see, People v Lopez,* 71 NY2d 662, 666; *cf., People v Thomas,* 159 AD2d 529). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.